AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:24-mc-7351 | 12/5/2024   10:35AM CDT | USPS |

**Inventory made in the presence of:** USPIS Postal Inspector E. Templeton and TFO A. Leong

**Inventory of the property taken and name of any person(s) seized:**

USPS Priority Mail Expresss: 9570 1066 2501 4317 7645 09
 - packaging contained USPS envelope, vacuumed sealed bag
 - $870.00 in US Currency

United States Courts
Southern District of Texas
FILED

*December 05, 2024*

Nathan Ochsner, Clerk of Court

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/5/2024

*Andrew Leong*
Executing officer's signature

Andrew Leong, USPIS TFO
Printed name and title